# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LaSHAWN THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>ODYSSEY HEALTHCARE, INC.; ~~BEVERLY NEEDHAM, SHARIAN STALLWORTH, EDWARD GORDON, LAURY SEARLE~~ and DOES 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO.: EDCV10-866 AG (OPx)**<br><br>[Assigned for all purposes to the Honorable Andrew J. Guilford, Courtroom 10-D]<br><br>**[ORDER RE; STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Complaint Filed April 30, 2010 |

Upon consideration of the Stipulation of Dismissal With Prejudice of Entire Action submitted jointly by Plaintiff April LaShawn Thomas and Defendant Odyssey Healthcare, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: September 06, 2011

_____
UNITED STATES DISTRICT JUDGE

4829-8194-2026, v. 1